IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02716-WJM-MEH

LISA KAY BRUMFEIL,

    Plaintiff,

v.

U.S. BANK,
LARRY CASTLE, in his corporate and individual capacities,
CASTLE STAWIARSKI, LLC,
ROBERT L. HOPP, in his and corporate and individual capacities,
CYNTHIA MARES, Public Trustee in her official capacity,
MERS, a division of MERSCorp, and
DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2013.**

    In the interest of justice, Plaintiff's unopposed[1] Motion for Leave to File an Amended Verified Complaint [filed February 25, 2012; docket #30] is **granted**.[2] The Clerk of the Court shall file the Amended Verified Complaint, located at docket #30-2. The Defendants who have appeared in the case shall respond to the amended pleading in accordance with Fed. R. Civ. P. 15(a). Otherwise, the Plaintiff shall serve the amended pleading upon the remaining Defendants in accordance with Fed. R. Civ. P. 4 on or before April 8, 2013, and shall thereafter file returns with the Court demonstrating she has effected such service.

---

[1] Although Plaintiff notes in her motion that the "Castle" Defendants oppose her request, no opposition was filed within the time allotted by D.C. Colo. LCivR 7.1C and Fed. R. Civ. P. 6(d).

[2] While this Court has recommended, upon the "Castle" Defendants' motion, that certain of Plaintiff's existing claims be dismissed for lack of subject matter jurisdiction, that recommendation remains pending before the District Court; thus, this Court will not raise the issue of subject matter jurisdiction *sua sponte* in this matter.