IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02716-WJM-MEH

LISA KAY BRUMFEIL,

    Plaintiff,

v.

U.S. BANK,
LARRY CASTLE, in his corporate and individual capacities,
CASTLE STAWIARSKI, LLC,
ROBERT J. HOPP, in his and corporate and individual capacities,
CYNTHIA MARES, Public Trustee in her official capacity,
MERS, a division of MERSCorp, and
DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2013.**

    Plaintiff's unopposed Motion for Extension of Time to File Brief in Opposition to CS Defendants' Motion to Dismiss [filed April 12, 2013; docket #60] is **denied as moot**. Plaintiff seeks an "extension" to April 25, 2013; however, pursuant to D.C. Colo. LCivR 7.1C and Fed. R. Civ. P. 6(d), Plaintiff's response to the Defendant's motion (filed April 5, 2013) is due on or before April 29, 2013.

    Plaintiff's Motion for Leave to File Brief in Opposition to the CS Defendants' Motion to Dismiss in Excess of 15 Pages [filed April 12, 2013; docket #61] is **denied without prejudice** for Plaintiff's failure to identify the number of pages she requires "to be concise yet thorough in responding to the complex issues" raised by the CS Defendants.

    Plaintiff's renewed and unopposed Motion to Correct the Caption and the Amended Complaint to Reflect the Proper Name of Defendant [filed April 12, 2013; docket #62] is **granted** in that the Clerk of the Court is directed to amend the caption in this case to "Robert J. Hopp" as set forth above.

    Plaintiff's unopposed Request to Re-Serve Defendants MERS, Robert Hopp and Cynthia Mares [filed April 12, 2013; docket #66] is construed by the Court as a motion for extension of time within which to serve these Defendants and is **granted**. Plaintiff shall serve Defendants MERS, Robert Hopp and Cynthia Mares on or before April 19, 2013.