IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:   May 6, 2013
Court Reporter:    Gwen Daniel

_____

Civil Action No.   12-cv-02716-WJM          *Counsel:*

LISA KAY BRUMFIEL,                          *pro se*

    Plaintiff,

v.

U.S. BANK, et al.,                          Sean M. Hanlon
                                            Phillip A. Vaglica
    Defendants.                             Christopher T. Groen

_____

### COURTROOM MINUTES
_____

HEARING - MOTION FOR TEMPORARY RESTRAINING ORDER

01:00 p.m.  Court in Session

Appearances

Court's comments

Court's disclosure to the parties of the Court's relationship with Public Trustee Cynthia Mares

Court's comments

**ORDERED:  The parties have a week from today to file any Suggestion of Recusal.**

Court's comments

01:08 Argument by Ms. Brumfiel

(Document tendered to the Court.  The Court tells Ms. Brumfiel to file the document after the hearing.)

Court's comments

Colloquy between the Court and Plaintiff

01:36 Argument by Mr. Hanlon

Colloquy between the Court and Mr. Hanlon

02:09 Argument by Mr. Vaglica

Court's comments

**ORDERED: Mr. Vaglica shall file on CM/ECF, by Wednesday, May 8, 2013, a copy of the original Note and Deed of Trust.**

Colloquy between the Court and Plaintiff

02:46  Argument by Mr. Groen

Colloquy between the Court and Plaintiff

02:49 Court in Recess
03:13 Court in Session

Court's findings and conclusions on the record

**ORDERED: Taking this matter as a motion for an interim preliminary injunction, the Motion is GRANTED.  The public trustee is enjoined from taking any steps to effect a foreclosure sale going forward this Wednesday.  No such sale will be held between now and 14 days from today, May 20th, 2013.  A written order will issue setting forth the Court's findings and conclusions.**

**ORDERED: A full hearing on the motion for a preliminary injunction is set Wednesday, May 15th, 2013 at 9:00 a.m.  All personal defendants shall be present at this hearing with counsel, to include Ms. Mares, Mr. Castle and Mr. Hopp.  Agents who would qualify as Rule 30(b)(6) agents for U.S. Bank and the Defendant Trust shall also be present.**

**ORDERED: Plaintiff shall appear in this Court's chambers tomorrow at 9:00 a.m. to sign an unsecured bond in the amount of $1,250.00.**

03:23 p.m.     Court in Recess
               Hearing concluded
               Time: 1:59