IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-02716-WJM-MEH

LISA KAY BRUMFIEL,

    Plaintiff,

v.

U.S. BANK,
LARRY CASTLE, in his individual and corporate capacity,
CASTLE STAWIARSKI, LLC,
ROBERT J. HOPP, in his and corporate and individual capacities,
CYNTHIA MARES, Public Trustee in her official capacity,
MERS, a division of MERSCorp, and
DOES 1-100,

    Defendants.

---

### ORDER DENYING MOTION FOR APPOINTMENT OF *PRO BONO* COUNSEL

---

This matter is before the Court on *pro se* Plaintiff Lisa Kay Brumfiel's Motion for the Court to Place Plaintiff on Clerk's List of *Pro Bono* Volunteer Attorney Assistance Program.  (ECF No. 176.)  The Court has reviewed the following factors and considerations:

    1) the nature and complexity of the action;
    2) the potential merit of the *pro se* party's claims;
    3) the demonstrated inability of the *pro se* party to retain counsel by other means; and
    4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

*See Gross v. Gen. Motors LLC*, 441 F. App'x 562, 567 (10th Cir. 2011) (citing *Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991)).  After review of these factors, the Court finds that appointment of counsel is not warranted in the instant case.  Accordingly, it is

ORDERED that Plaintiff's Motion (ECF No. 176) is DENIED.

Dated this 23rd day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge