IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02716-WJM-MEH

LISA KAY BRUMFEIL,

    Plaintiff,

v.

U.S. BANK,
LARRY CASTLE, in his corporate and individual capacities,
CASTLE STAWIARSKI, LLC,
ROBERT J. HOPP, in his and corporate and individual capacities,
CYNTHIA MARES, Public Trustee in her official capacity,
MERS, a division of MERSCorp, and
DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2013.**

    Defendant U.S. Bank's Unopposed Motion to Vacate the Final Pretrial Conference Set for September 17, 2013 and to Convert it to a Telephonic Status Conference [filed September 9, 2013; docket #186] is **granted**. The Final Pretrial Conference currently set for September 17, 2013 is **converted** to a Status Conference at which all parties may appear by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.