**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02716-WJM

LISA KAY BRUMFIEL,

    Plaintiff,

v.

U.S. BANK,
LARRY CASTLE, in his individual and corporate capacity, and
CASTLE STAWIARSKI, LLC,
ROBERT J. HOPP, in his and corporate and individual capacities,
CYNTHIA MARES, Public Trustee in her official capacity,
MERS, a division of MERSCorp, and
DOES 1-100,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Granting Motions to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on October 2, 2013,

IT IS ORDERED that

1. Defendants' Motions to Dismiss the Amended Complaint (ECF Nos. 51, 69, 90, 91) are GRANTED due to lack of jurisdiction;

2. Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE in its entirety; and

3. Final Judgment is entered in favor of Defendants.

4. Defendants are awarded costs, in accordance with Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this ____4th____ day of October 2013.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Edward P. Butler
Edward P. Butler, Deputy Clerk