**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02716-WJM-MEH

LISA KAY BRUMFIEL,

    Plaintiff,

v.

U.S. BANK,
LARRY CASTLE, in his individual and corporate capacities,
CASTLE STAWIARSKI, LLC,
ROBERT J. HOPP, in his individual and corporate capacities,
CYNTHIA MARES, Public Trustee in her official capacity,
MERS, a division of MERSCorp, and
DOES 1-100,

    Defendants.

---

## ORDER DEFERRING RULING ON PLAINTIFF'S *EX PARTE* MOTION

---

    This matter is before the Court on *pro se* Plaintiff Lisa Kay Brumfiel's "*Ex Parte* Emergency Motion to Extend or Renew Preliminary Injunction or in the Alternative Issue a New Temporary Restraining Order" ("Motion for Injunction").  (ECF No. 229.)  Plaintiff asks the Court for injunctive relief, or for an expansion of the injunctive relief previously granted on May 14, 2013.  (*Id.*; *see* ECF No. 120 (granting a preliminary injunction on the challenged state proceeding for the duration of this action).)

    On October 2, 2013, the Court granted Defendants' Motions to Dismiss pursuant to Rule 12(b)(1), holding that the Court lacked jurisdiction to hear this case.  (ECF No. 200.)  A Final Judgment against Plaintiff was entered on October 4, 2013.  (ECF No. 203.)  Plaintiff filed a Motion to Alter and Amend the Judgment on October 7, 2013 (ECF No. 205), and an Emergency Motion for a Limited Evidentiary Hearing on the

12(b)(1) Jurisdictional Issue on October 16, 2013 (ECF No. 207).  Both post-judgment motions were denied.  (ECF Nos. 208 & 224.)  Plaintiff has since filed another Motion to Alter and Amend the Judgment.  (ECF No. 225.)  The Court directed Defendants to respond to that motion on or before September 3, 2014.  (ECF No. 227.)

In the current posture of this case, the Court lacks jurisdiction to grant the relief Plaintiff seeks in the instant Motion for Injunction.  (*See* ECF No. 200.)  The Court thus finds it prudent to issue a ruling on the pending Motion to Alter and Amend the Judgment prior to considering the instant Motion for Injunction.  Accordingly, the parties are advised that the Court will not rule on the Motion for Injunction until after Defendants' deadline to respond to the Motion to Alter and Amend the Judgment has elapsed.

Dated this 29th day of August, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge