FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 OCT -3  AM 11: 48

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-02716-WJM

LISA KAY BRUMFIEL,
Plaintiff,

v.

U.S. BANK,
LARRY CASTLE, in his individual and corporate capacity, and
CASTLE STAWIARSKI, LLC,
ROBERT J. HOPP, in his and corporate and individual capacities,
CYNTHIA MARES, Public Trustee in her official capacity,
MERS, a division of MERSCorp, and
DOES 1-100,
Defendants.

---

**PLAINTIFF BRUMFIEL'S OBJECTION TO DEFENDANTS REQUEST FOR ATTORNEY FEES**

---

Plaintiff, **LISA KAY BRUMFIEL**, respectfully moves the Court for an Order denying Defendants request for attorney's fees and states as follows:

1. Plaintiff is a pro se litigant who admits she is still learning the court system and any pleadings erroneously filed were not done for the purpose of harassment or embarrassment.

2. Plaintiff has the legal right to call into question the fraud committed by Defendants and the constitutional right to protect and defend her life, liberty, and property.

3. Plaintiff did not discover the fraud in time to have it adjudicated in the State Court.

4. Plaintiff was not acting with conduct that constitutes bad faith.

5. A *frivolous suit* is one without any legal merit. Plaintiff's pleadings were not meritless and were not brought to simply harass Defendants.

6. Sanctions are proper only when conduct is intentionally reckless with complete disregard for duties to the court.

1

7. Plaintiff has never been sanctioned.

8. Plaintiff's conduct was reasonable given the circumstances and the need to expose the fraud committed by the Defendants.

9. Defendants through their use of fraud, conspiracy, forgery, and counterfeiting, have obtained favorable judgments in the courts which have stripped Plaintiff of her home.

10. Defendants offer an Affidavit of Cynthia Lowery Graber in support of their request for attorney fees.

11. Ms. Graber has never entered an appearance in this matter, is not a partner or employee of the Castle Law Group.

12. Plaintiff disputes Ms. Graber's claim that she is familiar with the work performed by attorney Phillip A. Vaglica.

13. Plaintiff is informed and believes that had the Defendants not engaged in forgery, fraud and counterfeiting, they would not have incurred any legal fees in defending against Plaintiff's pleadings.

14. Plaintiff believes that it is entirely unreasonable and improper for Defendants who have **unclean hands**, to request attorney fees when they have personal knowledge of the fraud committed.

**For the foregoing reasons,** Plaintiff requests that this Court deny Defendants request for attorney fees.

**Respectfully submitted this** 3rd **day of October, 2014.**

Lisa Kay Brumfiel, Pro Se

## CERTIFICATE OF SERVICE BY MAIL

Declaration of Reuben Nieves: I am over 18 years of age and not a party to this action.

My residence or business address is: 1499 S. Jasper St. Aurora, CO 80017

On October 3rd, 2014  I mailed the following documents regarding

Federal Case: **12-cv-02716** WJM

**PLAINTIFF'S OPPOSITION TO ATTORNEY'S FEES BY THE CASTLE GROUP LLC**

I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows:

- **Sean M. Hanlon or J. Kevin Bridston**
  attornies for US Bank N.A. as Trustee and US Bank
  HOLLAND & HART LLP
  555 Seventeenth Street, Ste 3200
  Post Office Box 8749, Denver, CO 80201-8104
- **Christopher J. Dawes,** attorney for MERS
  FOX Rothschild LLP
  1225 17th St. Suite 2200
  Denver, CO. 80202-5516
- **Phillip Vaglica**, attorney for Larry Castle and the Castle Law Group
  999 18th Street, Suite 2201
  Denver, Colorado 80202
- **John Richard Christofferson,** attorney for the Public Trustee
  Arapahoe County Attorney Office
  5334 South Prince Street
  Littleton, CO 80120-1136

**I declare under penalty of perjury under the laws of the State of Colorado that the**

**foregoing is true and correct.**

Date: Oct 3rd ,2014

**Reuben Nieves**